IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MISTY HERNANDEZ,**<br>　　　　　　　**Plaintiffs,** | **CIVIL ACTION** |
| v. | |
| **NEWREZ, LLC,**<br>　　　　　　　**Defendant.** | **NO.  23-3569** |

## ORDER

　　**AND NOW**, this 21st day of November, 2023, it is hereby **ORDERED** that this case is **REFERRED** to Magistrate Judge Richard Lloret for a settlement conference.  Counsel for the parties shall contact United States Magistrate Judge Richard Lloret as soon as they are prepared to schedule a settlement conference.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**