### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MISTY HERNANDEZ, f/k/a<br>MISTY WHITE,<br>           Plaintiff,<br><br>    v.<br><br>NEWREZ, LLC, d/b/a<br>SHELLPOINT MORTGAGE<br>SERVICING,<br>           Defendant. | CIVIL ACTION<br><br><br><br>NO.  23-3569 |

## ORDER

**AND NOW**, this 8th day of March, 2024, upon consideration of Defendant's Motion to Strike Class Allegations (ECF No. 24) and all Responses and Replies thereto (ECF Nos. 27, 31), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**