# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MISTY HERNANDEZ** f/k/a **MISTY WHITE**, Individually and on behalf of those similarly situated,<br><br>PLAINTIFF(S),<br><br>v.<br><br>**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING**,<br><br>DEFENDANT. | CIVIL ACTION NO. 2:23-cv-03569-WB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Misty Hernandez f/k/a Misty White, voluntarily dismisses her claims in the above-entitled matter, with prejudice, against Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing.

Date: May 10, 2024

Respectfully submitted,

*/s/ Patrick Howard*
Patrick Howard, Esq. (PA Atty ID #88572)
**SALTZ MONGELUZZI & BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
(215) 575-3895
phoward@smbb.com

Scott David Hirsch
**SCOTT HIRSCH LAW GROUP**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
scott@scotthirschlawgroup.com

1

David A. Goodwin
Mary M. Nikolai
**GUSTAFSON GLUEK**
120 South 6th Street, Ste. 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgoodwin@gustafsongluek.com
mnikolai@gustafsongluek.com

Jessica L. Kerr
**THE ADVOCACY GROUP**
111 NE 1st St., Floor 8, #8517
Miami, FL 33132
Telephone: (954) 282-1858
jkerr@advocacypa.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that on May 10, 2024 the above Notice of Voluntary Dismissal with Prejudice, was filed electronically with the Court and as such sent to all counsel of record via ECF notification.

> */s/ Patrick Howard*
> Patrick Howard, Esq.